IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | 1:24CR303 1 |
| JEZREEL STEPHEN BULLOCK | : | |

The Grand Jury charges:

From on or about March 23, 2023, continuing up to and including on or about April 5, 2023, the exact dates to the Grand Jurors unknown, in the County of Randolph, in the Middle District of North Carolina, JEZREEL STEPHEN BULLOCK did knowingly access with intent to view and attempt to access with intent to view material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

PRIOR CONVICTION ALLEGATION

The defendant JEZREEL STEPHEN BULLOCK has at least one prior final conviction under Chapter 110 of the United States Code, in that (1) on or about January 30, 2020, he was convicted in the Western District of Louisiana of Receiving Child Pornography, in violation of Title 18 United States Code Sections 2252A(a)(2)(A) and (b)(1) in file number 2:18-CR-356-1.

This prior conviction affects the penalty provisions associated with the single count Indictment, pursuant to Title 18, United States Code, Section 2252A(b)(2).

FORFEITURE ALLEGATION

1. The factual allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of the offense alleged in this Indictment, the defendant, JEZREEL STEPHEN BULLOCK shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the

United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of the offense or any property traceable to such property.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following property of the defendant seized on or about April 5, 2023:

    a. A Maxwest Astro 55R cell phone, bearing serial number ATO55R220616942.

All in accordance with Title 18, United States Code, Section 2253, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: September 30, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: K. P. KENNEDY GATES
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON